# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| LIGE CHAPPELL, III, | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:09-cr-23 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from a United States Magistrate Judge, recommending that the Court deny Lige Chappell's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Doc. 203.) Chappell did not object to the Recommendation. Upon full review and consideration of the record, the Court finds that Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

**SO ORDERED**, this   17th   day of January, 2014.

                                                      /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**